IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| vs. | ) NO. 23 C 3591 ) |
| MID-STATE STEEL CO., an Illinois corporation, | ) JUDGE JOHN F. KNESS ) ) |
| Defendant. | ) ) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on July 20, 2023, request this Court enter judgment against Defendant, MID-STATE STEEL CO., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On July 20, 2023, this Court entered default against Defendant.

2. Plaintiffs received Defendant's monthly fringe benefit contribution reports for the months of February 2023 through March 2023, without payment of amounts reported as due therein. These reports indicate Defendant is delinquent in contributions to the Funds in amounts set forth below:

| | |
|---|---|
| Iron Workers' Mid-America Pension Plan | $5,544.48 |
| Iron Workers' Mid-America SMA Fund | $5,833.71 |
| Local 112 Funds | $   919.65 |

(See Affidavit of Paul E. Flasch, Para. 4).

3. The following amounts are due for liquidated damages and interest assessed against the Defendant on the contributions due and unpaid for February 2023 to March 2023, in amounts set forth below:

| | Liquidated Damages | Interest |
|---|---|---|
| Iron Workers' Mid-America Pension Plan | $121.88 | $55.86 |
| Iron Workers' Mid-America SMA Fund | $129.39 | $59.31 |

(Flasch Aff. Para. 5).

4. Additionally, liquidated damages and interest has been assessed against the Defendant on the contributions reported and paid late for January 2023, in amounts set forth below:

|  | Liquidated Damages | Interest |
|---|---|---|
| Iron Workers' Mid-America Pension Plan | $12.73 | $5.85 |
| Iron Workers' Mid-America SMA Fund | $20.76 | $9.51 |

(Flasch Aff. Para. 6).

5. In addition, Plaintiffs' firm has expended $435.96 for costs and $1,392.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $14,541.07.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $14,541.07.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Midstate Steel Co\motion for entry of judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail and by UPS 2nd Day Air to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>11th</u> day of <u>August 2023</u>:

                Mr. James R. Grebe, Registered Agent for
                Mid-State Steel Co.
                401 Main Street, Suite 1400
                Peoria, IL   61602-1258

                                    /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Midstate Steel Co\motion for entry of judgment.pnr.df.wpd